UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RANDY OUTLEY (#125022)

VERSUS

BURL CAIN

CIVIL ACTION

NO. 14-219-SDD-SCR

## RULING

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated November 10, 2014. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion to Dismiss*[4] is GRANTED, and this action is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), and without leave to amend because there is no conceivable, non-frivolous, federal claim Plaintiff could assert against the Defendant consistent with the facts alleged in his *Complaint*.

Baton Rouge, Louisiana the 16 day of December, 2014.

*Shelly D Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 22.
[3] Rec. Doc. 23.
[4] Rec. Doc. 11.